UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STUART ALLEN ROWLEY,

         Plaintiff,

v.

         Case No. 15-11988

         HONORABLE AVERN COHN

COMMISSIONER OF SOCIAL SECURITY,

         Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 14)**
**AND**
**GRANTING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Doc. 9)**
**AND**
**DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Doc. 13)**
**AND**
**REMANDING MATTER FOR FURTHER ADMINISTRATIVE PROCEEDINGS**

I.

This is a social security case. Plaintiff Stuart Allen Rowley appeals from the final determination of the Commissioner of Social Security (Commissioner) that he is not disabled and therefore not entitled to disability insurance benefits. The matter was referred to a magistrate judge for all pretrial proceedings. Plaintiff and the Commissioner filed cross motions for summary judgment. (Docs. 9, 13). Plaintiff requested that the Commissioner's decision either be reversed or remanded to the Administrative Law Judge (ALJ) for further proceedings.

The magistrate judge issued a report and recommendation (MJRR), recommending that plaintiff's motion be granted, the Commissioner's motion be denied, and the matter remanded under sentence four[1] for further administrative proceedings.

---

[1] "A district court's authority to remand a case for further administrative proceedings is found in 42 U.S.C. § 405(g)." Hollon v. Commissioner, 447 F.3d 477,

(Doc. 14)  Specifically, the magistrate judge says that the Commissioner's decision because the ALJ's decision to give Dr. Cherukuri's opinion "little weight" is not supported by substantial evidence.

II.

Neither party has filed objections to the MJRR and the time for filing objections has passed.  The failure to file objections to the report and recommendation waives any further right to appeal.  Smith v. Detroit Federation of Teachers Local 231, 829 F.2d 1370, 1373 (6th Cir.1987).  Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the motions.  Thomas v. Arn, 474 U.S. 140, 149 (1985).

However, the Court has reviewed the MJRR and agrees with the magistrate judge.  Accordingly, the findings and conclusions of the magistrate judge are ADOPTED as the findings and conclusions of the Court.  Plaintiff's motion for summary judgment is GRANTED IN PART.  The Commissioner's motion for summary judgment is DENIED.

This matter is REMANDED for further administrative proceedings consistent with the MJRR.

SO ORDERED.

                                                    S/Avern Cohn
                                                    AVERN COHN
Dated:   August 9, 2016            UNITED STATES DISTRICT JUDGE
        Detroit, Michigan

---

482-83 (6th Cir. 2006).  The statute permits only two types of remand:  a sentence four (post-judgment) remand made in connection with a judgment affirming, modifying, or reversing the Commissioner's decision; and a sentence six (pre-judgment) remand where the court makes no substantive ruling as to the correctness of the Commissioner's decision.  Hollon, 447 F.3d at 486 (citing Melkonyan v. Sullivan, 501 U.S. 89, 99-100, 111 S.Ct. 2157, 115 L.Ed.2d 78 (1991)).